UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                CRIM. NO. 02-80559

-vs-                                          HON. AVERN COHN

DELORES HERNANDEZ,

      Defendant.
_____/

## ORDER DISMISSING MATERIAL WITNESS WARRANT

Upon Motion of the United States, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the material witness arrest warrant against DELORES HERNANDEZ, be dismissed.

                                                s/Avern Cohn
                                                HONORABLE AVERN COHN
                                                United States District Judge

DATED: August 03, 2007